UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D1, LESTER KNUCKLES,

        Defendant.

Case No. 25-cr-20136-1
Hon. Matthew F. Leitman

_____/

## <u>ORDER REQUIRING ATTENDANCE</u>

Defendant Lester Knuckles is scheduled to appear on Monday, March 30, 2026, at 11:00 a.m. for a final pretrial conference.

**IT IS HEREBY ORDERED** that counsel for the Government, counsel for Defendant Lester Knuckles, and Defendant Lester Knuckles shall personally appear at the scheduled conference at the scheduled time.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 26, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 26, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126